**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Guillochon, ) | No. CV 06-2732-PHX-SMM (JRI) |
|     Petitioner, ) | |
|   ) | **ORDER** |
| v. ) | |
| Dora B. Scriro, ) | |
|     Respondent. ) | |
| _____ ) | |

Pending before the Court is Petitioner's pro se Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254 (the "Petition"). The matter was referred to Magistrate Judge Jay R. Irwin for a Report and Recommendation. On April 20, 2007, Judge Irwin filed a Report and Recommendation advising this Court that Petitioner's Petition for Writ of Habeas Corpus filed on November 15, 2006 should be **DISMISSED WITH PREJUDICE** because Petitioner's Petition was barred by the statute of limitations. To date, Petitioner has not filed objections to Judge Irwin's Report and Recommendation.

**STANDARD OF REVIEW**

When reviewing a Magistrate Judge's Report and Recommendation, this Court must "make a de novo determination of those portions of the report . . . to which objection is made," and "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C); see also Baxter v. Sullivan, 923 F.2d 1391, 1394 (9th Cir. 1991) (citing Britt v. Simi Valley Unified Sch. Dist., 708 F.2d 452, 454 (9th Cir. 1983)).

By failing to object to a Report and Recommendation, a party waives his right to challenge the Magistrate's factual findings, but not necessarily the Magistrate's legal conclusions. Baxter, 923 F.2d at 1394; see also Turner v. Duncan, 158 F.3d 449, 455 (9th Cir. 1998) (failure to object to Magistrate's legal conclusion "is a factor to be weighed in considering the propriety of finding waiver of an issue on appeal"); Martinez v. Ylst, 951 F.2d 1153, 1156 (9th Cir. 1991) (citing McCall v. Andrus, 628 F.2d 1185, 1187 (9th Cir. 1980)).

## DISCUSSION

Having reviewed Petitioner's Petition and, thereafter, having reviewed the Magistrate Judge's Report and Recommendation and the record de novo, and no objections having been made by Petitioner thereto, the Court hereby incorporates and adopts the Magistrate Judge's Report and Recommendation.

## CONCLUSION

Accordingly,

**IT IS HEREBY ORDERED** that the Court adopts the Report and Recommendation of Magistrate Judge Jay R. Irwin. (D.t. 11)

**IT IS FURTHER ORDERED** that Petitioner's Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254 is **DISMISSED**. (D.t. 1.) The Clerk of Court shall terminate this action accordingly.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall send a copy of this Order to all parties as well as to Magistrate Judge Jay R. Irwin.

DATED this 17th day of May, 2007.

_____
Stephen M. McNamee
United States District Judge